**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JEFFREY TAYLOR,                           :    No. 49 WM 2021
                                          :
                    Petitioner            :
                                          :
                                          :
            v.                            :
                                          :
                                          :
COURT OF COMMON PLEAS OF                   :
ALLEGHENY COUNTY,                          :
                                          :
                    Respondent            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are DENIED.